ACCEPTED
01-14-01030-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 12:18:01 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01030-CV

TARRIS WOODS

APPELLANT

V.

SANDRA T. KENNER AND CHARLES E. TWYMON, JR.

APPELLEE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 12:18:01 PM
CHRISTOPHER A. PRINE
Clerk

_____

**Appellant's Motion to Extend Time to file
Appellant's Brief**

_____

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES** Appellant, is Tarris Woods, asks the Court to extend the time to file its Brief.

## A. Introduction

1. Appellant is Tarris Woods; Apellees are Sandra T. Kenner and Charles E. Twymon, Jr.

2. No rules provides a deadline to file this motion to extend. See Tex. R. App. P. 38.6(d)

3. Appellees Sandra T. Kenner and Charles E. Twymon, Jr., is opposed to this motion.

## B. Argument & Authorities

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6 (d) to extend the time to file Appellant's Brief.

5. Appellant's Brief was due on April 8, 2015

6.   Appellant request an additional 30 days to file Appellant's Brief extending the time until May 14, 2015.

7.   No extension has been granted to extend the time to file Appellant's Brief.

## C. Conclusion

8.   Appellant's request an additional 30 days to file Appellant's Brief extending the time until May 14, 2015.

## D. Prayer

9.   For these reasons, Appellant's asks the Court to grant an extension of time to file Appellant's Brief until May 14, 2015.

Respectfully submitted,

__/S/_Douglas T. Godinich _
Douglas T. Godinich
Texas Bar No 24007244
2727 Broadway
Galveston, Texas 77550
Tel: (409) 763-2454
Fax: (409) 763-4309
Attorney for Appellant Tarris Woods

## Certificate of Conference

I certify that I have conferred with Thomas W. McQuage by telephone and Mr. McQuage is unopposed to Appellant's Motion.

_/S/ Douglas T Godinich_ ___
Douglas T. Godinich

<u>Certificate of Service</u>

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure. I certify that a true copy of this Motion to Extend Time to File Appellant's Brief was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or the attorney for such party indicated below by method indicated.

_/s/ Douglas T. Godinich _____
Douglas T. Godinich

**By FAX TRANSMITTAL**
Thomas W. McQuage
P.O. Box 16894
Galveston, Texas 77552
TEL: 409-762-1104
mcquage@swbell.net_